IRVING T. BUSH, Appellant, *v.* BIRD S. COLER, as Comptroller of the City of New York, et al., Respondents.

*Bush* v. *Coler*, 60 App. Div. 56, affirmed.
(Argued February 25, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1901, which affirmed a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Frederic R. Kellogg* for appellant.

*George L. Rives, Corporation Counsel (Terence Farley* and *Theodore Connoly* of counsel), for the comptroller of and the city of New York, respondents.

*Franklin Bien,* respondent, in person.

*M. R. Crow* for New York and Westchester Water Company, respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

REUBEN H. UNDERHILL, as Receiver of NEW YORK AND BOSTON INSURANCE COMPANY, Respondent, *v.* PATRICK KEIRNS, Appellant.

*Underhill* v. *Keirns,* 54 App. Div. 214, affirmed.
(Argued February 25, 1902; decided March 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1900, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

*Charles C. Sanders* and *John Vincent* for appellant.

*Reuben H. Underhill* and *Henry B. Hathaway* for respondent.